MEINERT COAL COMPANY *v.* SMITH, receiver, *et al.*

HUTCHESON, Justice. "The receiver is an officer and servant of the court appointing him, is responsible to no other tribunal than a court of equity, and must in all things obey its direction." Park's Code, § 5483. Under the facts in the instant case, and especially as set out in the final order of court, showing a withdrawal of the main question involved, the order referred to was not error.

*Judgment affirmed. All the Justices concur.*

No. 10410. APRIL 11, 1935.

*Drennan & Giles* and *Brackett & Drennan,* for plaintiff in error.
*Evins & Calhoun,* contra.